

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2014

No. 04-14-00296-CR

**EX PARTE** Alvin **RYALS**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On April 28, 2014, relator filed a pro se petition for writ of habeas corpus and petition for writ of prohibition. The court has determined that it is without jurisdiction to consider the relief requested. Accordingly, relator's petitions for writ of habeas corpus and prohibition are DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 6th, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. CR41515 and CR41627, styled *The State of Texas v. Alvin Ryals*, pending in the 142nd District Court, Midland County, Texas, the Honorable George D. Gilles presiding.